David Simantob, SBN 155790  
(E-Mail:  dsimantob@tresslerllp.com)  
Elizabeth L. Musser, SBN 203512  
(E-Mail:  emusser@tresslerllp.com)  
Monica R. Dean, SBN 255372  
(E-mail:  mdean@tresslerllp.com)  
TRESSLER LLP  
1901 Avenue of the Stars, Suite 450  
Los Angeles, CA  90067  
Telephone:  (310) 203-4800  
Facsimile:   (310) 203-4850  

Attorneys for Defendant  
HARTFORD CASUALTY INSURANCE COMPANY  
and Intervenor-Defendant  
SENTINEL INSURANCE COMPANY, LTD.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KEATING DENTAL ARTS, INC., a California Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>        Defendant. | Case No. SACV13-419 DOC(ANx)<br><br>Hon. David O. Carter<br><br>**JUDGMENT RE HARTFORD CASUALTY INSURANCE COMPANY'S AND SENTINEL INSURANCE COMPANY, LTD.'S MOTION FOR SUMMARY JUDGMENT  [24]** |

    The Motion for Summary Judgment filed by defendant Hartford Casualty Insurance Company ("Hartford") and intervernor-defendant Sentinel Insurance Company, Ltd. ("Sentinel") was fully briefed and submitted for consideration by the Court.

1

**JUDGMENT**

1  After full consideration of the papers submitted by the moving and opposing
2  parties, the arguments of the parties, and good cause appearing therefore, the Court orders
3  summary judgment in favor of Hartford and Sentinel as follows:

4  Hartford and Sentinel owe no coverage obligation to plaintiff Keating Dental Arts,
5  Inc. ("Keating") under (1) insurance policy number 72 SBA AB1425, effective September
6  4, 2010 to September 4, 2011 and (2) insurance policy number 72 SBA AB1425, effective
7  September 4, 2011 to September 4, 2012 with respect to the following underlying matter:
8  *James R. Glidewell Dental Ceramics, Inc. dba Glidewell Labratories v. Keating Dental
9  Arts, Inc.*, Case No. 8:11-CV-01309-DOC-AN (C.D. Cal.).

10 Accordingly, summary judgment is entered in favor of Hartford and Sentinel, and
11 against Keating with respect to all claims asserted in Keating's complaint in this action.

12 IT IS SO ORDERED.

13 DATED:  October 7, 2013

*[signature: David O. Carter]*

Hon. David O. Carter
JUDGE OF THE UNITED STATES DISTRICT
COURT FOR THE CENTRAL DISTRICT OF
CALIFORNIA

LA-#129461 (240-405)